✎ AO 121 (6/90)

| TO: | REPORT ON THE |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.  |  DATE FILED | United Stated District Court |
| 25-cv-497  |  1/15/2025 | Northern District of Illinois |

| PLAINTIFF | DEFENDANT |
|---|---|
| Hong Kong Leyuzhen Technology Co. Limited | The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified in Schedule A Hereto |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See Attached | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order   ☐ Judgment | ☐ Yes   ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | V. Miller | 1/16/2025 |

**DISTRIBUTION:**

1) Upon initiation of action,  mail copy to Register of Copyrights      2) Upon filing of document adding copyright(s),  mail copy to Register of Copyrights      3) Upon termination of action,  mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court            5) Case File Copy

# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-379-895

**Effective Date of Registration:**
November 12, 2023
**Registration Decision Date:**
January 22, 2024

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published:   January 19, 2021 to December 30, 2021

### Title

**Title of Group:** Rotita5-2021
**Number of Photographs in Group:** 337

### Completion/Publication

**Year of Completion:** 2021
**Earliest Publication Date in Group:** January 19, 2021
**Latest Publication Date in Group:** December 30, 2021
**Nation of First Publication:** United States

### Author

- **Author:** HONGKONG LEYUZHEN TECHNOLOGY CO.,LIMITED
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Citizen of:** Hong Kong

### Copyright Claimant

**Copyright Claimant:** HONGKONG LEYUZHEN TECHNOLOGY CO.,LIMITED
FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD,  MONGKOK, KOWLOON, Hong Kong, 999077, Hong Kong

### Rights and Permissions

**Organization Name:** Bayramoglu Law Offices
**Name:** Nazly Aileen Bayramoglu

Page 1 of 2

|            |                              |
|-----------:|------------------------------|
| **Email:** | tm@bayramoglu-legal.com      |
| **Telephone:** | (702)462-5973            |
| **Address:** | 1540 West Warm Springs Road |
|            | Suite 100                    |
|            | Henderson, NV 89014          |

## Certification

|            |                    |
|-----------:|--------------------|
| **Name:** | Nazly Bayramoglu   |
| **Date:** | November 12, 2023  |

|                              |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                    |
|-----------------------------:|--------|
| **Correspondence:**          | Yes    |
| **Copyright Office notes:**  | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
|                              | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |

**Registration #:** VA0002379895
**Service Request #:** 1-13195071494



Bayramoglu Law Offices
Nazly Aileen Bayramoglu
1540 West Warm Springs Road
Suite 100
Henderson, NV 89014