Hong Kong Leyuzhen Technology Co. Limited v. The Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Associations 1:25-cv-00497

## Amended Schedule A

| Defendant No. | Seller's Name | Link to Seller's Website |
|---|---|---|
| VA0002379895 | | |
| 1 | ~~2024 Lightning Deals Prime Day Lmdudan~~ | DISMISSED 3/2/25 Docket 16 |
| 2 | ~~4.8⭐⭐⭐⭐⭐Lazapa -- Black Friday Deals 2024~~ | DISMISSED 4/29/25 Docket 24 |
| 3 | ~~AFAVOM~~ | DISMISSED 4/29/25 Docket 24 |
| 4 | ~~Generic-store~~ | DISMISSED 4/29/25 Docket 24 |
| 5 | ~~Glozeplus~~ | DISMISSED 4/29/25 Docket 24 |
| 6 | ~~jiaoquan (5-10 days Delivery)~~ | DISMISSED 4/29/25 Docket 24 |
| 7 | ~~Jinsine~~ ~~Melliflo Storefront~~ | DISMISSED 4/29/25 Docket 24 |
| 8 | ~~Lapirek lightning deals prime day 8-9~~ ~~aka st patricks day shirt deals of the day~~ | DISMISSED 3/17/25 Docket 17 |
| 9 | ~~Leesongay~~ ~~Taygum Storefront~~ | DISMISSED 4/29/25 Docket 24 |
| 10 | MFJESEAA 【Fast Delivery Only 7-10 Days】 | https://www.amazon.com/sp?ie=UTF8&seller=AGGWHR6H6A099&asin=B0C49B666D&ref_=dp_merchant_link |
| 11 | ~~qingguo-ec~~ | DISMISSED 4/29/25 Docket 24 |
| 12 | ~~QINHONGCHUAN~~ | DISMISSED 4/29/25 Docket 24 |
| 13 | ~~RMTUYIR~~ | DISMISSED 4/29/25 Docket 24 |
| 14 | ~~shaoqingg~~ | DISMISSED 4/29/25 Docket 24 |
| 15 | ~~Tian'er Clothing Brand Store~~ | DISMISSED 4/29/25 Docket 24 |
| 16 | ~~VREWARE~~ | DISMISSED 4/29/25 Docket 24 |
| 17 | ~~YAFINMO~~ | DISMISSED 4/29/25 Docket 24 |
| 18 | ~~DAILSA~~ | DISMISSED 4/29/25 Docket 24 |
| 19 | ~~EOPUING（Prime Day Deals 2024)~~ | DISMISSED 4/29/25 Docket 24 |
| 20 | ~~Febecool~~ | DISMISSED 4/29/25 Docket 24 |
| 21 | ~~JIYUEJIYUE~~ | DISMISSED 4/29/25 Docket 24 |