**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**


Hong Kong Leyuzhen Technology Co. Limited

                                 Plaintiff,

v.

The Individuals, Corporations, Limited Liability
Companies, Partnerships, and Unincorporated
Associations Identified in Schedule A Hereto, et al.

                                 Defendant.

Case No.:
1:25–cv–00497

Honorable Steven
C. Seeger


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, May 6, 2025:


       MINUTE entry before the Honorable Steven C. Seeger: Plaintiff recently served process on Defendant. An answer is due by May 26, 2025. (Dckt. No. [31]) The Court expects Plaintiff to move the case along in a timely manner. If Defendant misses the deadline, Plaintiff must file a motion for the entry of default and a default judgment no later than two business days after the deadline. A response to the motion for default judgment is due two weeks later. The Court reminds Plaintiff of the need to submit a Word version of a proposed judgment to the proposed order inbox, Proposed_Order_Seeger@ilnd.uscourts.gov. Plaintiff must serve a copy of this order and file a certificate of service. A failure to comply will lead to appropriate relief, including dismissal or the entry of judgment. Mailed notice (gel,)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.